UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO JOSEPH BARDO,<br>　　　　Petitioner,<br>　　v.<br>KEN CLARK, Warden,<br>　　　　Respondent. | Case No. 19-00759 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED WITH PREJUDICE. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _____May 17, 2021_____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.19\00759Bardo_judgment