UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO JOSEPH BARDO,

    Petitioner,

v.

KEN CLARK, Warden,

    Respondent.

Case No. 19-00759 BLF (PR)

**ORDER DENYING MOTION FOR EXTENSION OF TIME AS UNNECESSARY**

(Docket No. 58)

On May 17, 2021, the Court granted Respondent's motion, and dismissed the amended petition as untimely and for failure to exhaust state remedies. Dkt. No. 54. In the same order, the Court also denied a certificate of appealability. *Id.* at 11. Judgment was entered the same day. Dkt. No. 55. The Court denied Petitioner's motion for reconsideration. Dkt. No. 57. Accordingly, Petitioner's motion for an extension of time to file a certificate of appealability is DENIED as unnecessary. Since this matter is now on appeal, Petitioner should seek a certificate of appealability directly with the Ninth Circuit. This order terminates Docket No. 58.

**IT IS SO ORDERED.**

Dated: _____August 3, 2021_____

BETH LABSON FREEMAN
United States District Judge

Order Denying Mot. for EOT
P:\PRO-SE\BLF\HC.19\00759Bardo_deny.eot.coa